UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL WAYNE GRIMES<br>    Plaintiff,<br>  v.<br>A PFIEL, et al.<br>    Defendants. | No. CV 05-2843 PA (PJWx)<br>JUDGMENT |

A jury trial was held on August 25, 2009, after which the Court granted defendants Aaron L. Pfeil and Armando H. Martinez's ("Defendants'") motion for judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 50, on plaintiff Randall Grimes' ("Plaintiff's") claim of excessive force. Pursuant to the Court's ruling on Defendants' Rule 50 motion and the Court's May 31, 2011 Minute Order finding that Plaintiff failed to establish his claim of deliberate indifference,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants shall have judgment entered in their favor on Plaintiff's claims under 42 U.S.C. § 1983 for excessive force and deliberate indifference.

///

///

///

1       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff take
nothing and Defendants shall recover their costs of suit.

DATED: May 31, 2011

                                                                               Percy Anderson
                                                UNITED STATES DISTRICT JUDGE